DOROTHY GREEN, Respondent, *v.* CORNELL UNIVERSITY, Appellant.

*Negligence — motor vehicles — action to recover for personal injuries arising from collision of two automobiles — defense that automobile was owned by and operated in business of the state.*

*Green* v. *Cornell University*, 193 App. Div. 924, affirmed.

(Argued January 30, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that Cornell University, a domestic corporation, with its place of business at Ithaca, N. Y., operated a certain Cadillac automobile in connection with the extension department of the College of Agriculture at Cornell University, which automobile was in the control of and operated by an employee of defendant, on the evening of September 12, 1917, and was so negligently operated by him on the state highway between the village of La Fayette and the city of Syracuse that it ran into and collided with a Ford automobile, in which plaintiff was riding as a passenger, causing her to sustain serious injuries. Defendant alleged as a defense that the automobile in question belonged to the state of New York and was being used in furtherance of the business of the state at the time of the accident.

*O. L. McCaskill* and *H. D. Bailey* for appellant.
*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J., and POUND, J.